```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

DAVID J. BASSFORD                                      PLAINTIFF

v.                      Case No. 14-6142

RODNEY HANEY; JAIL
ADMINISTRATOR SARAH
HANEY; DEPUTY DAVID
SHELBY and ADAM JONES                                  DEFENDANTS

## ORDER

On this 21st day of August 2015, there comes on for consideration the report and recommendation filed in this case on July 28, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. (Doc. 17). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion seeking a temporary restraining order or injunctive relief (doc. 7) is DENIED AS MOOT.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)